No. 94–9766. HINDI v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–9767. HOOVER v. YANICH, DISTRICT JUSTICE, DAUPHIN COUNTY, PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–9768. CHAPARRO v. EASTON ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–9769. BROWN v. AUDUBON INSURANCE CO. ET AL. (two judgments). Ct. App. La., 3d Cir. Certiorari denied.

No. 94–9770. SIMMS v. MISSOURI. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 94–9771. VELEZ v. SPENCE CHAPIN ADOPTION AGENCY ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–9772. YOUNG v. WHITE ET AL. Ct. App. Utah. Certiorari denied.

No. 94–9774. HERNANDEZ-SOLIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–9775. SEKOIAN v. JOHNSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 94–9776. SHIGEMURA v. GROOSE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 94–9777. ROCA SUAREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–9778. STONE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–9779. BRITTON v. NEVADA DEPARTMENT OF PRISONS STAFF ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–9780. ASKEW v. TEXAS. C. A. 5th Cir. Certiorari denied.

No. 94–9781. GILES v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD. C. A. 3d Cir. Certiorari denied.